SAMUEL B. FULLER *v.* MARIGRACE R. FULLER

The plaintiff's petition for certification for appeal from the Appellate Court, 119 Conn. App. 105 (AC 29601), is denied.

*George J. Markley,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided April 21, 2010

HENRY W. PASCARELLA ET AL. *v.* COMMISSIONER OF REVENUE SERVICES ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 119 Conn. App. 771 (AC 30526), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Daniel W. Moger, Jr.,* in support of the petition.

*Heather J. Wilson,* assistant attorney general, in opposition.

Decided April 21, 2010